No. 82–1277.   CARSONITE INTERNATIONAL CORP. ET AL. v. CARSON MANUFACTURING CO., INC.   C. A. 9th Cir. Certiorari denied.

No. 82–1297.   TEXSTAR CORP., TRANSFEREE OF THE ASSETS OF UNITEX INDUSTRIES, INC., ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–1299.   BRYDLE ET UX. v. KALASUNAS ET UX. C. A. 6th Cir.   Certiorari denied.

No. 82–1306.   COLUMBIA GAS OF WEST VIRGINIA, INC. v. PUBLIC SERVICE COMMISSION OF WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 82–1308.   WILMINGTON MEDICAL CENTER, INC., ET AL. v. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–1317.   J. KAUFMAN IRON WORKS, INC., ET AL. v. SHACKELTON ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–1318.   DEMASI ET AL. v. RHODE ISLAND.   Sup. Ct. R. I.   Certiorari denied.

No. 82–1322.   UNITED STATES ET AL. v. WILLAMETTE INDUSTRIES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 82–1328.   PFOTZER ET AL. v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 82–1351.   M. R. YUDOFSKY & ASSOCIATES ET AL. v. KENTUCKY DEPARTMENT OF FINANCE.   Ct. App. Ky. Certiorari denied.